UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO SANTOS,<br><br>Petitioner,<br><br>v.<br><br>PAUL THOMPSON, et al.,<br><br>Respondents. | No.  2:21-cv-01768-TLN-DB<br><br>**ORDER** |

Petitioner was[1] a federal inmate proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner seeks relief under the First Step Act ("FSA") of 2018.[2]  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 5, 2022, the magistrate judge filed findings and recommendations herein which were served on Petitioner, and which contained notice to Petitioner that any objections to

///

---

[1]  Review of the Federal Bureau of Prisons inmate locator website found at: https://www.bop.gov/inmateloc/ indicates that Petitioner was released from custody on September 14, 2022.  This Court may take judicial notice of such information.  *See Louis v. McCormick & Schmick Restaurant Corp.*, 460 F. Supp. 2d 1153, 1155 fn.4 (C.D. Cal. 2006) (holding court may take judicial notice of state agency records).

[2]  The First Step Act made changes to the duration of federal prison sentences, such as incentivizing participation in programs and productive activities by awarding time credits against their sentences.  *See* Pub. L. No. 115-391, 132 Stat. 5194; *see also* 18 U.S.C. § 3632(d)(4).

1

the findings and recommendations were to be filed within twenty-one days. (ECF No. 10.) Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 5, 2022, (ECF No. 10) are adopted in full;

2. The Petition for Writ of Habeas Corpus is DENIED without prejudice; and

3. The Motion to Dismiss (ECF No. 8) is DENIED as moot.

**DATE: February 7, 2023**

Troy L. Nunley
United States District Judge